UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACKIE LEFLER, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANDANCE K. BEINECKE, JEAN D. HAMILTON, WILLIAM M. KELLY, PAUL J. LAWLER, DOMINIQUE RAILLARD, NATHAN SNYDER, JOHN P. ARNHOLD, JAMES E. JORDAN, FIRST EAGLE FUNDS OF AMERICA, INC., ARNHOLD AND S. BLEICHROEDER ADVISORS, LL, IRIDIAN ASSET MANAGMENT, LLC, and JOHN DOES NO. 1 THROUGH 100 <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § Case No. 05 CV 303 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. 41(a), plaintiff hereby dismisses this action, which has not been certified as a class action, without prejudice.

Dated: February 11, 2005

RESPECTFULLY SUBMITTED,

_____
Perry Weitz
Gary Klein (GK-5632)
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038-4925
(212) 558-5500
(212) 344-5461 fax

Randall K. Pulliam
BARON & BUDD, P.C.
3102 Oak Lawn Ave.
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181 fax


J. Allen Carney
Hank Bates
CAULEY BOWMAN CARNEY & WILLIAMS, LLP
11311 Arcade Dr.
Suite 200
Little Rock, Arkansas 72212
(501) 312-8500
(501) 312-8505 fax